IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 13 |
| | * | |
| Horacio Hernandez | * | |
| Aracely Hernandez | * | |
| | * | |
| Debtors | * | Bankruptcy No. 19-31771 |

## AMENDED
## SCHEDULE C: PROPERTY YOU CLAIM AS EXEMPT

Attached hereto and made a part hereof is the Debtors' Amended SCHEDULE C: PROPERTY YOU CLAIM AS EXEMPT, where exemptions are corrected.

DATED this the ___23___ day of ___Dec___, 2019.

Respectfully submitted,

_____  
Horacio Hernandez

_____  
Aracely Hernandez

_____  
EDGAR J. BORREGO, SBN 00787107  
MIGUEL A. FLORES, SBN 24036574  
Attorneys for Debtors  
2610 Montana Avenue  
El Paso, TX 79903  
(915) 566-4300  
efile@tanzyborrego.com

### CERTIFICATE OF SERVICE

I hereby certify that I have mailed/delivered a true and correct copy of the foregoing instrument via electronic means as listed on the court's ECF noticing system or by regular first class mail to all on the attached matrix on this the ___24___ day of ___Dec___, 2019.

_____  
EDGAR J. BORREGO/MIGUEL A. FLORES

Label Matrix for local noticing
0542-3
Case 19-31771-hcm
Western District of Texas
El Paso
Mon Dec 16 11:24:52 CST 2019

U.S. BANKRUPTCY COURT
511 E. San Antonio Ave., Rm. 444
EL PASO, TX 79901-2417

Attorney General
10th & Constitution N.W.
Main Justice Bldg. #5111
Washington, DC 20530-0001

BMO Harris Bank N. A.
300 E. John Carpenter Freeway
Irving, TX 75062-2727

BMO Harris Bank N.A
3925 Fountains Blvd
Cedar Rapids, IA 52411-6619

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Best Buy
Attn: Inquiries
P.O. Box 790441
Saint Louis, MO 63179-0441

CREDIT FIRST NA
PO BOX 818011
CLEVELAND, OH 44181-8011

Car Care One/Synch Bank
Bankruptcy Dept.
P.O. Box 965061
Orlando, FL 32896-5061

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Credit First N.A
P.O. Box 818011
Cleveland, OH 44181-8011

Del Sol Medical Center
Patient Accts. Dept.
P.O. Box 639400
Irving, TX 75063-9400

Eng's Commercial Finance
P.O. Box 71347
Chicago, IL 60694-1347

(p)ENGS COMMERCIAL FINANCE CO
1 PIERCE PLACE SUITE 1100 WEST
ITASCA IL 60143-3149

First Convenience Bank
P.O. Box 756
Killeen, TX 76540-0756

GECU
P.O. Box 20998
El Paso, TX 79998-0998

Goodyear Credit Card Plan
P.O. Box 8181
Gray, TN 37615-0181

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Special Procedures Staff- Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
c/o U.S. Attorney/IRS
601 N. W. Loop 410
Suite 600
San Antonio, TX 78216-5512

Michael Nevarez
2300 George Dieter Dr.
El Paso, TX 79936-3963

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

REGIONAL MANAGEMENT CORPORATION
979 BATESVILLE ROAD SUITE B
GREER, SC 29651-6819

Regional Finance
1605 George Dieter Dr #302
El Paso, TX 79936-5686

Regional Finance
333 N. Yarbrough Dr.
Ste. V
El Paso, TX 79925

Sam's Club/Syncb
Attn: Bankruptcy Dept.
P.O. Box 965060
Orlando, FL 32896-5060

Sun Loan
425 E Paisano Dr.
Suite E
El Paso, TX 79901-2805

Synchrony Bank
P.O. Box 960061
Orlando, FL 32896-0061

| | | |
|---|---|---|
| T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Tea Olive, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Texas Workforce Commission<br>TEC Building - Bankruptcy<br>101 East 15th Street<br>Austin, TX 78778-0001 |
| U.S. Attorney/FHA/HUD/IRS/VA<br>601 N.W. Loop 410<br>Suite 600<br>San Antonio, TX 78216-5512 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 | World Finance<br>9008 Dyer Street<br>El Paso, TX 79904-1489 |
| World Finance Corp. c/o World Acceptance Cor<br>Attn: Bankruptcy Processing Center<br>PO Box 6429<br>Greenville, SC 29606-6429 | Aracely Hernandez<br>10914 Pelhem Rd.<br>El Paso, TX 79936-1029 | Edgar J. Borrego<br>Tanzy & Borrego Law Offices<br>2610 Montana Ave.<br>El Paso, TX 79903-3712 |
| Horacio Hernandez<br>10914 Pelhem Rd.<br>El Paso, TX 79936-1029 | Miguel Alejandro Flores<br>Tanzy & Borrego Law Offices<br>2610 Montana<br>El Paso, TX 79903-3712 | Stuart C. Cox<br>El Paso Chapter 13 Trustee<br>1760 N. Lee Trevino Dr.<br>El Paso, TX 79936-4565 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Attn: Inquiries<br>P.O. Box 982234<br>El Paso, TX 79998 | Engs Commercial Finance Co.<br>One Pierce Place, Suite 1100 West<br>1 Pierce Place, Suite 1100 West<br>Itasca, IL 60143 | Internal Revenue Service<br>Special Procedures Branch<br>300 E. 8th Street<br>Stop 5022<br>Austin, TX 78701 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients 41<br>Bypassed recipients 0<br>Total 41 | |

Fill in this information to identify your case:

Debtor 1    Horacio Hernandez
         First Name      Middle Name      Last Name

Debtor 2    Aracely Hernandez
(Spouse if, filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS - EL PASO

Case number    19-31771
(if known)

☒ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt        4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:** Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

    ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 2008 Mercedes Benz C300<br>Line from *Schedule A/B*: 3.1 | $4,350.00 | ■    $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| 2011 Freightliner Cascadia<br>Line from *Schedule A/B*: 3.2 | $9,000.00 | ■    $651.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| 2015 Kenworth T-680<br>Line from *Schedule A/B*: 3.3 | $55,000.00 | ■    $6,373.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2)&(5) |
| 2018 Hyundai Box Dry Van<br>Line from *Schedule A/B*: 3.4 | $25,000.00 | ■    $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| 2016 Hyundai Box Dry Van<br>Line from *Schedule A/B*: 3.5 | $16,000.00 | ■    $16,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6)&(5) |

| Debtor 1 Horacio Hernandez<br>Debtor 2 Aracely Hernandez | | Case number (if known) | 19-31771 |
|---|---|---|---|
| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| **Furniture**<br>Line from *Schedule A/B*: 6.1 | $7,000.00 | ■ $7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Appliances**<br>Line from *Schedule A/B*: 6.2 | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Electronics**<br>Line from *Schedule A/B*: 7.1 | $4,100.00 | ■ $4,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Clothes**<br>Line from *Schedule A/B*: 11.1 | $4,000.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Jewelry**<br>Line from *Schedule A/B*: 12.1 | $1,600.00 | ■ $1,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **2 dogs**<br>Line from *Schedule A/B*: 13.1 | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Cash**<br>Line from *Schedule A/B*: 16.1 | $40.00 | ■ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking: Deposits of money - First Light FCU**<br>Line from *Schedule A/B*: 17.1 | $450.00 | ■ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Savings: Deposits of money - First Light FCU**<br>Line from *Schedule A/B*: 17.2 | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **IRA: GECU**<br>Line from *Schedule A/B*: 21.1 | $6,000.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(E) |
| **American Income Life - Term Life Beneficiary: Spouse**<br>Line from *Schedule A/B*: 31.1 | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |
| **Claim for breach of contract**<br>Line from *Schedule A/B*: 33.1 | $5,400.00 | ■ $5,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Horacio** First Name | **Hernandez** Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Aracely** First Name | **Hernandez** Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS - EL PASO | | |
| Case number (if known) | 19-31771 | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Horacio Hernandez
Horacio Hernandez
Signature of Debtor 1

Date 12/23/19

X /s/ Aracely Hernandez
Aracely Hernandez
Signature of Debtor 2

Date 12/23/19